IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERIK S. LONGFELLOW, ) | |
| ) | No. 1:14-cv-01645-WTL-TAB |
| Plaintiff, ) | |
| ) | Hon. William T. Lawrence |
| v. ) | United States District Judge |
| ) | |
| CAROLYN W. COLVIN, ) | Hon. Tim A. Baker |
| ACTING COMMISSIONER OF ) | United States Magistrate Judge |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

ORDER AWARDING ATTORNEY FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT

Plaintiff moved the Court to award him $4,786.73 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). After considering Plaintiff's motion and any response thereto, the Court hereby awards Plaintiff $4,786.73 in attorney fees under 28 U.S.C. § 2412(d).

Dated: 3/16/16

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the court's ECF system.